FILED
MAR 0 6 2012

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Gordon Thompson)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 11-CR-5486-GT |
| Plaintiff, ) | |
| vs. ) | **ORDER CONTINUING DATE FOR MOTION HEARING** |
| REINALDO GARCIA-CASTRO, ) | |
| Defendant. ) | |

Good cause appearing IT IS HEREBY ORDERED that the motion hearing in Criminal Case No. 11-cr-5486-GT be continued from March 9, 2012, at 9:30 a.m., to May 17, 2012, at 9:30 a.m..

DATED: 3-19-12

Hon. Gordon Thompson
UNITED STATES DISTRICT COURT